**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JOHN KOKENGE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Case No. 4:23-cv-00335-MTS |
| JAMES RIVER INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Before the Court is Plaintiff's Motion to Compel, Doc. [15], which asks the Court to enter an Order compelling Defendant to provide Plaintiff with answers to Plaintiff's first set of interrogatories and request for documents. Since the filing of the Motion, Defendant has indicated to the Court that it provided Plaintiff with its answers and responses. *See* Doc. [16].

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel, Doc. [15], is **DENIED** without prejudice as moot.

Dated this 7th day of June 2023.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE